# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TXu 1-895-864**

Effective date of registration:

December 18, 2013

---

## Title
**Title of Work:** Fortnite

## Completion/Publication
**Year of Completion:** 2013

## Author
- **Author:** Epic Games, Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Epic Games, Inc.
620 Crossroads Boulevard, Cary, NC, 27518, United States

## Limitation of copyright claim
**Material excluded from this claim:** computer program
**Previous registration and year:** TXu001848153   2012
TXu001812407   2012
**New material included in claim:** computer program

## Certification
**Name:** Joseph Wilbur
**Date:** December 18, 2013

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-186-254**

**Effective Date of Registration:**
July 14, 2015

---

## Title
- **Title of Work:** Fortnite

## Completion/Publication
- **Year of Completion:** 2015
- **Date of 1st Publication:** May 30, 2015
- **Nation of 1st Publication:** United States

## Author
- **Author:** Epic Games, Inc.
- **Author Created:** computer program
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright Claimant
- **Copyright Claimant:** Epic Games, Inc.
  620 Crossroads Boulevard, Cary, NC, 27518, United States

## Limitation of copyright claim
- **Material excluded from this claim:** computer program
- **Previous registration and year:** TXu001895864, 2013
  TXu001848153, 2012
- **New material included in claim:** computer program

## Certification
- **Name:** Joseph Wilbur
- **Date:** July 14, 2015

---

**Correspondence:** Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-254-659**

**Effective Date of Registration:**
March 03, 2016

---

### Title

- **Title of Work:** Fortnite

### Completion/Publication

- **Year of Completion:** 2015
- **Date of 1st Publication:** May 30, 2015
- **Nation of 1st Publication:** United States

### Author

- **Author:** Epic Games, Inc.
- **Author Created:** computer program
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

### Copyright Claimant

- **Copyright Claimant:** Epic Games, Inc.
  620 Crossroads Boulevard, Raleigh, NC, 27518, United States

### Limitation of copyright claim

- **Material excluded from this claim:** computer program
- **Previous registration and year:** TXu001895864, 2013
  TXu001848153, 2012
- **New material included in claim:** computer program

### Certification

- **Name:** Joseph Wilbur
- **Date:** March 03, 2016

---

- **Correspondence:** Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-352-178**

Effective Date of Registration:
December 23, 2016

## Title

**Title of Work:** FORTNITE (2016 Rev. 2)

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 30, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Epic Games, Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Epic Games, Inc.
620 Crossroads Boulevard, Cary, NC, 27518, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program
**Previous registration and year:** TX008-254-659, 2016
TX008-186-254, 2015

**New material included in claim:** computer program

## Certification

**Name:** Joseph Wilbur
**Date:** December 23, 2016

Page 1 of 1