Holly M. Simpkins (*pro hac vice*)
HSimpkins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101
Telephone:  206.359.8000
Facsimile:  206.359.9000

Andrew N. Klein, Bar No. 300221
AKlein@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  95130
Telephone:  650.838.4300
Facsimile:  650.838.4350

Attorneys for Plaintiffs
EPIC GAMES, INC. and EPIC GAMES
INTERNATIONAL S.À.R.L.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., a Maryland corporation; and EPIC GAMES INTERNATIONAL S.À.R.L., a Luxembourg Société à Responsibilité Limitée,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>YASH GOSAI, an individual,<br><br>　　　　　　　Defendant. | Case No. 18-cv-00152-CRB<br><br>**STIPULATION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiffs Epic Games, Inc. and Epic Games International S.À.R.L. (collectively "Epic") and Defendant Yash Gosai ("Gosai") (collectively, the "Parties") as part of the settlement in this matter hereby stipulate as follows:

1. On January 8, 2018, Epic filed a complaint against Gosai in this Court. In its complaint, Epic asserts the following causes of action: (1) copyright infringement; (2) breach of contract; and (3) conversion.

2. Gosai, a resident of Auckland, New Zealand, submitted to the jurisdiction of this Court by submitting a counter notification consenting to the jurisdiction of this district under the Digital Millennium Copyright Act, 17 U.S.C. § 512.

3. This Court has jurisdiction over the Parties and the subject matter at issue in this action.

4. Gosai acknowledges that he has reviewed this Stipulation for Entry of Final Judgment and Permanent Injunction, the [Proposed] Final Judgment and Permanent Injunction and the Settlement Agreement and understands their meaning and effect.

5. The Parties have agreed to the entry of a Final Judgment and Permanent Injunction against Yash Gosai, in the form reflected in the [Proposed] Final Judgment and Permanent Injunction attached to this Stipulation.

//
//
//
//
//
//
//
//
//
//
//
//
//

IT IS SO AGREED.

DATED: January 31, 2018

PERKINS COIE LLP

By: /s/ Holly M. Simpkins
Andrew N. Klein, Bar No. 300221
AKlein@perkinscoie.com
Holly M. Simpkins (*pro hac vice*)
HSimpkins@perkinscoie.com

Attorneys for Plaintiffs
EPIC GAMES, INC. and EPIC GAMES
INTERNATIONAL S.À.R.L.

DATED: 30/1/2018, 2018

By: /s/ Yash
Yash Gosai